UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33975 |
|---|---|
|    BRUCE ALAN MILLIGAN | (Chapter 13) |
|    MICHELLE LYNN MILLIGAN | |
|                      Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024714**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 48 | UNITED COLLECTION BUREAU<br>5620 SOUTHWYCK BLVD<br>STE 206<br>TOLEDO, OH  43614 | 17.74 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2010

Certificate of Service        07-33975

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRUCE ALAN MILLIGAN
MICHELLE LYNN MILLIGAN
1754 S. UNION RD.
DAYTON, OH  45418

EILEEN K FIELD
632 VINE ST
SUITE 1010
CINCINNATI, OH  45202

(1012.1n)
AMERICAN HOME MORTGAGE
SERVICING INC
1525 BELTLINE ROAD
COPPELL, TX  75019

(62.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(60.1n)
HOUSEHOLD BANK SB NA
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ  85712

(58.1n)
RAY A COX
JEFFERSON REGIONAL WATER AUTH
265 REGENCY RIDGE DRIVE
DAYTON, OH  45459

(49.1n)
STEPHEN R FRANKS
BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(48.1)
UNITED COLLECTION BUREAU
5620 SOUTHWYCK BLVD
STE 206
TOLEDO, OH  43614

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        sv

0733975_42_20100728_0849_278/T317_sv
###